IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PLUM PROPERTY ASSOCIATES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 09cv1059 |
| | ) | Hon. Arthur J. Schwab |
| | ) | |
| v. | ) | |
| | ) | |
| **MINERAL TRADING COMPANY, LLC,** | ) | |
| **JAMES R. CLARKE, JONATHAN LASKO,** | ) | |
| **MELISSA HENNIS,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW this 23rd day of December, 2009, the Court HEREBY ORDERS as follows:

Defendants' Motion to Dismiss (Doc. No. 6), pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**. Plaintiff's federal claims (Counts I-II) are hereby dismissed with prejudice. Plaintiff's state law claims (Counts III-VI) are hereby dismissed without prejudice for said claims to be pursued in state court.

Defendant's Motion for a More Definite Statement (Doc. No. 6) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

                                               s/ Arthur J. Schwab
                                               Arthur J. Schwab
                                               United States District Judge

cc:     All Registered ECF Counsel and Parties